UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

          v.                              Case No. 05-cr-230-01-SM

<u>Victoria Whanger</u>


<u>O R D E R</u>


        Defendant's assented-to motion to continue the trial (document no. 7) is granted.

Trial has been rescheduled for the July 2006 trial period.  Defendant shall file a Waiver of

Speedy Trial Rights not later than April 28, 2006.   On the filing of such waiver, his

continuance shall be effective.

        The court finds that the ends of justice served by granting a continuance outweigh

the best interest of the public and the defendant in a speedy trial, 18 U.S.C. §

3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the

defendant the reasonable time necessary for effective preparation  taking into account the

exercise of due diligence under the circumstances.

      Final Pretrial Conference:  June 28, 2006 at 3:00 PM

      Jury Selection:           July 6, 2006 at 9:30 AM

      SO ORDERED.

April 24, 2006

                               Steven J. McAuliffe
                               Chief  Judge

cc:  Helen Fitzgibbon, Esq.
     James Dennehy, Esq.
     U. S. Probation
     U. S. Marshal

2